**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-36923-CAD |
| | § | |
| M A K EXPRESS INC | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/18/2010. The undersigned trustee was appointed on 08/18/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $181,557.19

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $22,367.37 |
    | Bank service fees | $4,374.97 |
    | Other Payments to creditors | $20,000.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $134,814.85 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/27/2011 and the deadline for filing government claims was 01/27/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $12,327.86. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $12,327.86, for a total compensation of $12,327.86[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $41.89, for total expenses of $41.89.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/16/2013            By:   /s/ David P. Leibowitz
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

FORM 1

Page No: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Exhibit A

ASSET CASES

| Case No.: | 10-36923-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | M A K EXPRESS INC | | Date Filed (f) or Converted (c): | 08/18/2010 (f) |
| For the Period Ending: | 12/16/2013 | | §341(a) Meeting Date: | 10/20/2010 |
| | | | Claims Bar Date: | 01/27/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking Account at First Midwest Bank | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Accounts Receivable garnished and held by the Office of Sheriff, Dubuque Law Enforcement Center | $56,546.19 | $56,546.19 | | $56,557.19 | FA |
| 3 | office furniture and equipment and computer See attached Tax Asset Detail | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 4 | possible breach of fiduciary claims, officer and director claims - successor liability claims of ownership of Transplex Transportation, Inc. (u) | $0.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | Subsumed within asset 5 | | | | | |
| 5 | Possible Fraudulent Transfers or breach of fiduciary claim (u) | $0.00 | $125,000.00 | | $125,000.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$59,546.19      $184,546.19      $181,557.19      $0.00

**Major Activities affecting case closing:**

| 10/26/2010 | send email to john to file complaint to avoid preferance then file 2004 exam |
| 11/29/2010 | Motion to Employ Reviewed; Sent for filing. |
| 11/29/2010 | 2004 Exam; Preference Complaints |
| 12/30/2011 | 2004 Examinations to take place |
| 02/28/2013 | Tax return completed. |
| 05/17/2013 | Adv. Complaint pending - |
| 07/31/2013 | Trail set for September |

**Initial Projected Date Of Final Report (TFR):**    05/01/2012      /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**    09/30/2013      DAVID LEIBOWITZ

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-36923-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | M A K EXPRESS INC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5646 | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/18/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/16/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/18/2011 | (2) | The Dubuque County Sheriff | Funds received from The Dubuque County Sheriff Re Accounts Receivables. | 1121-000 | $56,557.19 | | $56,557.19 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $35.32 | $56,521.87 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $91.20 | $56,430.67 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $93.99 | $56,336.68 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $85.04 | $56,251.64 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $87.84 | $56,163.80 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $90.63 | $56,073.17 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $90.48 | $55,982.69 |
| 02/16/2012 | 1001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $43.56 | $55,939.13 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $84.50 | $55,854.63 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $93.04 | $55,761.59 |
| 04/11/2012 | 1002 | L & L Reporting Services, Inc. | Deposition of Principals of M A K. | 2990-000 | | $145.00 | $55,616.59 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $84.07 | $55,532.52 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $89.61 | $55,442.91 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $89.46 | $55,353.45 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $86.44 | $55,267.01 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $97.81 | $55,169.20 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $77.53 | $55,091.67 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $88.90 | $55,002.77 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $91.62 | $54,911.15 |
| 12/05/2012 | (5) | Trison Management | Settlement payment with the Betley Parties | 1249-000 | $125,000.00 | | $179,911.15 |
| 12/19/2012 | 1003 | Fox, Swibel, Levin & Carroll, LLP | Per Court Order 12/19/2012. | 3210-600 | | $22,000.00 | $157,911.15 |
| 12/19/2012 | 1004 | Fox, Swibel, Levin & Carroll, LLP | Per Court Order 12/19/2012. | 3220-610 | | $152.00 | $157,759.15 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $236.33 | $157,522.82 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $254.19 | $157,268.63 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $229.22 | $157,039.41 |
| 03/08/2013 | 1005 | International Sureties, Ltd | Bond Payment | 2300-000 | | $26.81 | $157,012.60 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $253.39 | $156,759.21 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $244.80 | $156,514.41 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $268.86 | $156,245.55 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $227.73 | $156,017.82 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $251.76 | $155,766.06 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $267.57 | $155,498.49 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $226.64 | $155,271.85 |
| 10/15/2013 | 1006 | First Midwest Bank | Per Court Order entered on 9/26/2013. Dkt. #48 | 4210-000 | | $20,000.00 | $135,271.85 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $239.10 | $135,032.75 |
| | | | **SUBTOTALS** | | $181,557.19 | $46,524.44 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-36923-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | M A K EXPRESS INC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5646 | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/18/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/16/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $217.90 | $134,814.85 |
| | | | **TOTALS:** | | $181,557.19 | $46,742.34 | $134,814.85 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $181,557.19 | $46,742.34 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $181,557.19 | $46,742.34 | |

**For the period of 8/18/2010 to 12/16/2013**

| | |
|---|---|
| Total Compensable Receipts: | $181,557.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $181,557.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,742.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,742.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/18/2011 to 12/16/2013**

| | |
|---|---|
| Total Compensable Receipts: | $181,557.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $181,557.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,742.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,742.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 10-36923-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | M A K EXPRESS INC | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***5646 | **Checking Acct #:** ******2301 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 8/18/2010 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 12/16/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $181,557.19 | $46,742.34 | $134,814.85 |

**For the period of 8/18/2010 to 12/16/2013**

| | |
|---|---|
| Total Compensable Receipts: | $181,557.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $181,557.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,742.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,742.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/18/2010 to 12/16/2013**

| | |
|---|---|
| Total Compensable Receipts: | $181,557.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $181,557.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $46,742.34 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $46,742.34 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

CLAIMS ANALYSIS REPORT

Page No: 1
Exhibit C

| Case No. | 10-36923-CAD | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | M A K EXPRESS INC | | | | | | | | Date: 12/16/2013 |
| Claims Bar Date: | 01/27/2011 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | FOX, SWIBEL, LEVIN & CARROLL, LLP<br><br>200 West Madison Street, Suite 3000<br>Chicago IL 60606 | Special Counsel for Trustee Expenses | Allowed | 3220-610 | $152.00 | $152.00 | $0.00 | $0.00 | $0.00 |
| | FOX, SWIBEL, LEVIN & CARROLL, LLP<br><br>200 West Madison Street, Suite 3000<br>Chicago IL 60606 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $22,000.00 | $22,000.00 | $0.00 | $0.00 | $0.00 |
| | DAVID P. LEIBOWITZ<br><br>Lakelaw<br>420 Clayton Street<br>Waukegan IL 60085-4216 | Trustee Compensation | Allowed | 2100-000 | $12,327.86 | $0.00 | $0.00 | $0.00 | $12,327.86 |
| | DAVID P. LEIBOWITZ<br><br>Lakelaw<br>420 Clayton Street<br>Waukegan IL 60085-4216 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $80.09 | $0.00 | $0.00 | $0.00 | $80.09 |
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $44,922.50 | $0.00 | $0.00 | $0.00 | $44,922.50 |
| | LOIS WEST<br><br>35 E. Wacker Drive #1550<br>Chicago IL 60601 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $3,022.00 | $0.00 | $0.00 | $0.00 | $3,022.00 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $41.89 | $0.00 | $0.00 | $0.00 | $41.89 |

| Case No.: | 10-36923-CAD | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | M A K EXPRESS INC | | | | | | | | Date: 12/16/2013 |
| Claims Bar Date: | 01/27/2011 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | FIRST MIDWEST BANK<br><br>Aronberg Goldgehn Davis & Garmisa<br>330 N Wabash Ave Suite 1700<br>Chicago IL 60611 | Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $20,000.00 | $20,000.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (1-1) Money Loan - Secured by Business Assets | | | | | | | | |
| 1-1 | FIRST MIDWEST BANK<br><br>Aronberg Goldgehn<br>330 N. Wabash Ave<br>Chicago IL 60611 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $79,566.91 | $0.00 | $0.00 | $0.00 | $79,566.91 |
| **Claim Notes:** | Per Court Order entered on 9/26/2013. | | | | | | | | |
| 2 | LESS V. REDDICK<br><br>Kane Norby & Reddick PC<br>2100 Asbury Rd Ste 2<br>Dubuque IA 52001-3091 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $3,205.00 | $0.00 | $0.00 | $0.00 | $3,205.00 |
| 3 | RANDALL J STECHER ET AL<br><br>C/O Juergens & Sudmeier P C<br>151 W 8th Street<br>200 Security Building<br>Dubuque IA 52001-6810 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $400,736.24 | $0.00 | $0.00 | $0.00 | $400,736.24 |
| 4 | FIRST MIDWEST BANK<br><br>Aronberg Goldgehn Davis & Garmisa<br>330 N Wabash Ave Suite 1700<br>Chicago IL 60611 | Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | Disallowed | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (4-1) UCC in business assets. | | | | | | | | |
| | | | | | **$586,054.49** | **$42,152.00** | **$0.00** | **$0.00** | **$543,902.49** |

**CLAIMS ANALYSIS REPORT**  Page No: 3
Exhibit C

| | | |
|---|---|---|
| **Case No.** 10-36923-CAD | | **Trustee Name:** David Leibowitz |
| **Case Name:** M A K EXPRESS INC | | **Date:** 12/16/2013 |
| **Claims Bar Date:** 01/27/2011 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) | $3,022.00 | $3,022.00 | $0.00 | $0.00 | $0.00 | $3,022.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $80.09 | $80.09 | $0.00 | $0.00 | $0.00 | $80.09 |
| Attorney for Trustee Fees (Trustee Firm) | $44,922.50 | $44,922.50 | $0.00 | $0.00 | $0.00 | $44,922.50 |
| General Unsecured § 726(a)(2) | $483,508.15 | $483,508.15 | $0.00 | $0.00 | $0.00 | $483,508.15 |
| Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI) | $199,133.82 | $20,000.00 | $20,000.00 | $0.00 | $0.00 | $0.00 |
| Special Counsel for Trustee Expenses | $152.00 | $152.00 | $152.00 | $0.00 | $0.00 | $0.00 |
| Special Counsel for Trustee Fees | $22,000.00 | $22,000.00 | $22,000.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $12,327.86 | $12,327.86 | $0.00 | $0.00 | $0.00 | $12,327.86 |
| Trustee Expenses | $41.89 | $41.89 | $0.00 | $0.00 | $0.00 | $41.89 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 10-36923-CAD
Case Name: M A K EXPRESS INC
Trustee Name: David P. Leibowitz

|  | Balance on hand: | $134,814.85 |
|---|---|---|

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | First Midwest Bank | $99,566.91 | $20,000.00 | $20,000.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $134,814.85 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee Fees | $12,327.86 | $0.00 | $12,327.86 |
| David P. Leibowitz, Trustee Expenses | $41.89 | $0.00 | $41.89 |
| Lakelaw, Attorney for Trustee Fees | $44,922.50 | $0.00 | $44,922.50 |
| Lakelaw, Attorney for Trustee Expenses | $80.09 | $0.00 | $80.09 |
| Lois West, Accountant for Trustee Expenses | $3,022.00 | $0.00 | $3,022.00 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $60,394.34 |
| Remaining balance: | $74,420.51 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $74,420.51 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

|  | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $74,420.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $483,508.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1-1 | First Midwest Bank | $79,566.91 | $0.00 | $12,246.76 |
| 2 | Less V. Reddick | $3,205.00 | $0.00 | $493.31 |
| 3 | Randall J Stecher Et Al | $400,736.24 | $0.00 | $61,680.44 |

|  | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $74,420.51 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**