# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-36923-CAD |
| | § | |
| M A K EXPRESS INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 02/20/2014, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/28/2014         By: /s/ David P. Leibowitz
                                     Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-36923-CAD
§
M A K EXPRESS INC §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $181,557.19
*and approved disbursements of* $46,742.34
*leaving a balance on hand of[1]:* $134,814.85

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | First Midwest Bank | $99,566.91 | $20,000.00 | $20,000.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $134,814.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee Fees | $12,327.86 | $0.00 | $12,327.86 |
| David P. Leibowitz, Trustee Expenses | $41.89 | $0.00 | $41.89 |
| Lakelaw, Attorney for Trustee Fees | $44,922.50 | $0.00 | $44,922.50 |
| Lakelaw, Attorney for Trustee Expenses | $80.09 | $0.00 | $80.09 |
| Lois West, Accountant for Trustee Expenses | $3,022.00 | $0.00 | $3,022.00 |
| Office of the Clerk United States Bankruptcy Court, Clerk of the Court Costs | $250.00 | $0.00 | $250.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $60,644.34 |
| Remaining balance: | $74,170.51 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $74,170.51 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $74,170.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $483,508.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1-1 | First Midwest Bank | $79,566.91 | $0.00 | $12,205.62 |
| 2 | Less V. Reddick | $3,205.00 | $0.00 | $491.65 |
| 3 | Randall J Stecher Et Al | $400,736.24 | $0.00 | $61,473.24 |

|  | |
|---|---|
| Total to be paid to timely general unsecured claims: | $74,170.51 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

UST Form 101-7-NFR (10/1/2010)

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-36923-CAD
M A K Express Inc                                                       Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan          Page 1 of 1          Date Rcvd: Jan 29, 2014
                              Form ID: pdf006          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2014.
db           M A K Express Inc,    4603 W 138th Street,    Crestwood, IL  60445-1930
16086013    +CAM,    4601 W 138th St,    Crestwood, IL 60445-1930
16086012    +Chicago Legal LLC,    3833 S Harlem Ave,    Berwyn, IL 60402-3925
16086015    +First Midwest Bank,    Aronberg Goldgehn Davis & Garmisa,    330 N Wabash Ave Suite 1700,
              Chicago, IL 60611-7765
16086014    +First Midwest Bank,    300 Park Blvd Ste 400,    Itasca, IL 60143-2682
16086016     Less V. Reddick,    Kane Norby & Reddick PC,    2100 Asbury Rd Ste 2,    Dubuque, IA  52001-3091
16086017     Randall J Stecher Et Al,    C/O Juergens & Sudmeier P C,    151 W 8th Street,
              200 Security Building,    Dubuque, IA 52001-6810
16086018     Trison Management,    4601 W 138th St,    Crestwood, IL  60445-1930

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Lakelaw
16086011*     M A K Express Inc,    4603 W 138th Street,    Crestwood, IL  60445-1930
                                                                                       TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2014                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2014 at the address(es) listed below:
              David E Grochocinski    on behalf of Creditor Kevin  Betley lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski    on behalf of Creditor Alan  Betley lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski    on behalf of Creditor Michael  Betley lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Defendant David P.  Leibowitz dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Plaintiff Trustee David P Leibowitz dleibowitz@lakelaw.com,
               czuniga@lakelaw.com;jstorer@lakelaw.com;ECF@lakelaw.com
              David P Leibowitz, ESQ    on behalf of Accountant Lois  West dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Jillian S Cole    on behalf of Defendant   First Midwest Bank mmarzuki@agdglaw.com,
               jcole@agdglaw.com,wserritella@agdglaw.com,clong@agdglaw.com,etapia@agdglaw.com
              Karen Walin    on behalf of Debtor   M A K Express Inc kwalin@chicagolegalllc.com,
               kgonzalez@gtprocessing.com;clifford7285@att.net;dshunnenson@chicagolegalllc.com
              Kristine Kolky    on behalf of Creditor   First Midwest Bank kkolky@agdglaw.com,
               etapia@agdglaw.com;clong@agdglaw.com
              N. Neville Reid    on behalf of Trustee David P Leibowitz, ESQ nreid@fslc.com,
               bkdocket@fslc.com;kgoin@fslc.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ryan T Schultz    on behalf of Defendant David P.  Leibowitz rschultz@fslc.com,   bkdocket@fslc.com
              Ryan T Schultz    on behalf of Trustee David P Leibowitz, ESQ rschultz@fslc.com,   bkdocket@fslc.com
                                                                                               TOTAL: 15