# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-36923-CAD |
| | § | |
| M A K EXPRESS INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $3,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $94,170.51 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $87,386.68 | | |

3) Total gross receipts of $181,557.19 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $181,557.19 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $100,000.00 | $199,133.82 | $20,000.00 | $20,000.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $87,386.68 | $87,386.68 | $87,386.68 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $392,544.74 | $483,508.15 | $483,508.15 | $74,170.51 |
| **Total Disbursements** | $492,544.74 | $770,028.65 | $590,894.83 | $181,557.19 |

4). This case was originally filed under chapter 7 on 08/18/2010. The case was pending for 54 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2015          By:   /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable garnished and held by the Office of Sheriff, Dubuque Law Enforcement Center | 1121-000 | $56,557.19 |
| Possible Fraudulent Transfers or breach of fiduciary claim | 1249-000 | $125,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$181,557.19** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | First Midwest Bank | 4210-000 | $100,000.00 | $99,566.91 | $20,000.00 | $20,000.00 |
| 4 | First Midwest Bank | 4210-000 | $0.00 | $99,566.91 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$100,000.00** | **$199,133.82** | **$20,000.00** | **$20,000.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $12,327.86 | $12,327.86 | $12,327.86 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $41.89 | $41.89 | $41.89 |
| International Sureties, Ltd | 2300-000 | NA | $70.37 | $70.37 | $70.37 |
| Green Bank | 2600-000 | NA | $4,374.97 | $4,374.97 | $4,374.97 |
| Office of the Clerk United States Bankruptcy Court | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| L & L Reporting Services, Inc. | 2990-000 | NA | $145.00 | $145.00 | $145.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $44,922.50 | $44,922.50 | $44,922.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $80.09 | $80.09 | $80.09 |
| Fox, Swibel, Levin & Carroll, LLP, Special Counsel for Trustee | 3210-600 | NA | $22,000.00 | $22,000.00 | $22,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Fox, Swibel, Levin & Carroll, LLP, Special Counsel for Trustee | 3220-610 | NA | $152.00 | $152.00 | $152.00 |
| Lois West, Accountant for Trustee | 3420-000 | NA | $3,022.00 | $3,022.00 | $3,022.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $87,386.68 | $87,386.68 | $87,386.68 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1-1 | First Midwest Bank | 7100-000 | $0.00 | $79,566.91 | $79,566.91 | $12,205.62 |
| 2 | Less V. Reddick | 7100-000 | $2,500.00 | $3,205.00 | $3,205.00 | $491.65 |
| 3 | Randall J Stecher Et Al | 7100-000 | $277,443.74 | $400,736.24 | $400,736.24 | $61,473.24 |
| | CAM | 7100-000 | $4,601.00 | $0.00 | $0.00 | $0.00 |
| | Trison Management | 7100-000 | $108,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $392,544.74 | $483,508.15 | $483,508.15 | $74,170.51 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1
Exhibit 8

| Case No.: | 10-36923-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | M A K EXPRESS INC | Date Filed (f) or Converted (c): | 08/18/2010 (f) |
| For the Period Ending: | 2/19/2015 | §341(a) Meeting Date: | 10/20/2010 |
| | | Claims Bar Date: | 01/27/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Checking Account at First Midwest Bank | $0.00 | $0.00 | | $0.00 | FA |
| 2 | Accounts Receivable garnished and held by the Office of Sheriff, Dubuque Law Enforcement Center | $56,546.19 | $56,546.19 | | $56,557.19 | FA |
| 3 | office furniture and equipment and computer See attached Tax Asset Detail | $3,000.00 | $3,000.00 | | $0.00 | FA |
| 4 | possible breach of fiduciary claims, officer and director claims - successor liability claims of ownership of Transplex Transportation, Inc. (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Subsumed within asset 5 | | | | | |
| 5 | Possible Fraudulent Transfers or breach of fiduciary claim (u) | $0.00 | $125,000.00 | | $125,000.00 | FA |

**TOTALS (Excluding unknown value)**                  **Gross Value of Remaining Assets**

$59,546.19      $184,546.19      $181,557.19      $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 02/21/2014 | Distribution made per Court Orders. |
| 07/31/2013 | Trail set for September |
| 05/17/2013 | Adv. Complaint pending - |
| 02/28/2013 | Tax return completed. |
| 12/30/2011 | 2004 Examinations to take place |
| 11/29/2010 | Motion to Employ Reviewed; Sent for filing. |
| 11/29/2010 | 2004 Exam; Preference Complaints |
| 10/26/2010 | send email to john to file complaint to avoid preferance then file 2004 exam |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/01/2012 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 09/30/2013 | DAVID LEIBOWITZ | |

Case 10-36923   Doc 61   Filed 03/20/15   Entered 03/20/15 16:01:38   Desc Main
Document      Page 6 of 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| Case No. | 10-36923-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | M A K EXPRESS INC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5646 | | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/18/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/19/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/18/2011 | (2) | The Dubuque County Sheriff | Funds received from The Dubuque County Sheriff Re Accounts Receivables. | 1121-000 | $56,557.19 | | $56,557.19 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $35.32 | $56,521.87 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $91.20 | $56,430.67 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $93.99 | $56,336.68 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $85.04 | $56,251.64 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $87.84 | $56,163.80 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $90.63 | $56,073.17 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $90.48 | $55,982.69 |
| 02/16/2012 | 1001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $43.56 | $55,939.13 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $84.50 | $55,854.63 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $93.04 | $55,761.59 |
| 04/11/2012 | 1002 | L & L Reporting Services, Inc. | Deposition of Principals of M A K. | 2990-000 | | $145.00 | $55,616.59 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $84.07 | $55,532.52 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $89.61 | $55,442.91 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $89.46 | $55,353.45 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $86.44 | $55,267.01 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $97.81 | $55,169.20 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $77.53 | $55,091.67 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $88.90 | $55,002.77 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $91.62 | $54,911.15 |
| 12/05/2012 | (5) | Trison Management | Settlement payment with the Betley Parties | 1249-000 | $125,000.00 | | $179,911.15 |
| 12/19/2012 | 1003 | Fox, Swibel, Levin & Carroll, LLP | Per Court Order 12/19/2012. | 3210-600 | | $22,000.00 | $157,911.15 |
| 12/19/2012 | 1004 | Fox, Swibel, Levin & Carroll, LLP | Per Court Order 12/19/2012. | 3220-610 | | $152.00 | $157,759.15 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $236.33 | $157,522.82 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $254.19 | $157,268.63 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $229.22 | $157,039.41 |
| 03/08/2013 | 1005 | International Sureties, Ltd | Bond Payment | 2300-000 | | $26.81 | $157,012.60 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $253.39 | $156,759.21 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $244.80 | $156,514.41 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $268.86 | $156,245.55 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $227.73 | $156,017.82 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $251.76 | $155,766.06 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $267.57 | $155,498.49 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $226.64 | $155,271.85 |
| 10/15/2013 | 1006 | First Midwest Bank | Per Court Order entered on 9/26/2013. Dkt. #48 | 4210-000 | | $20,000.00 | $135,271.85 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $239.10 | $135,032.75 |
| | | | **SUBTOTALS** | | **$181,557.19** | **$46,524.44** | |

| Case No. | 10-36923-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | M A K EXPRESS INC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***5646 | Checking Acct #: | ******2301 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/18/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/19/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $217.90 | $134,814.85 |
| 02/21/2014 | 1007 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $12,327.86 | $122,486.99 |
| 02/21/2014 | 1008 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $41.89 | $122,445.10 |
| 02/21/2014 | 1009 | Office of the Clerk United States Bankruptcy Court | Claim #: ; Amount Claimed: 250.00; Amount Allowed: 250.00; Distribution Dividend: 100.00; | 2700-000 | | $250.00 | $122,195.10 |
| 02/21/2014 | 1010 | Lakelaw | Claim #: ; Amount Claimed: 44,922.50; Amount Allowed: 44,922.50; Distribution Dividend: 100.00; | 3110-000 | | $44,922.50 | $77,272.60 |
| 02/21/2014 | 1011 | Lakelaw | Claim #: ; Amount Claimed: 80.09; Amount Allowed: 80.09 Distribution Dividend: 100.00; | 3120-000 | | $80.09 | $77,192.51 |
| 02/21/2014 | 1012 | Lois West | Claim #: ; Amount Claimed: 3,022.00; Amount Allowed: 3,022.00; Distribution Dividend: 100.00; | 3420-000 | | $3,022.00 | $74,170.51 |
| 02/21/2014 | 1013 | Less V. Reddick | Claim #: 2; Amount Claimed: 3,205.00; Amount Allowed: 3,205.00; Distribution Dividend: 15.34; | 7100-000 | | $491.65 | $73,678.86 |
| 02/21/2014 | 1014 | Randall J Stecher Et Al | Claim #: 3; Amount Claimed: 400,736.24; Amount Allowed: 400,736.24; Distribution Dividend: 15.34; | 7100-000 | | $61,473.24 | $12,205.62 |
| 02/21/2014 | 1015 | First Midwest Bank | Claim #: 1; Amount Claimed: 79,566.91; Amount Allowed: 79,566.91; Distribution Dividend: 15.34; | 7100-000 | | $12,205.62 | $0.00 |
| 02/28/2014 | 1011 | VOID: Lakelaw | Void Printed on Incorrect Paper | 3120-003 | | ($80.09) | $80.09 |
| 02/28/2014 | 1013 | VOID: Less V. Reddick | Void Printed on Incorrect Paper | 7100-003 | | ($491.65) | $571.74 |
| 02/28/2014 | 1014 | VOID: Randall J Stecher Et Al | Void Printed on Incorrect Paper | 7100-003 | | ($61,473.24) | $62,044.98 |
| 02/28/2014 | 1015 | VOID: First Midwest Bank | Void Printed on Incorrect Paper | 7100-003 | | ($12,205.62) | $74,250.60 |
| 02/28/2014 | 1016 | Lakelaw | Claim #: ; Amount Claimed: 80.09; Amount Allowed: 80.09; Distribution Dividend: 100.00; | 3120-000 | | $80.09 | $74,170.51 |
| 02/28/2014 | 1017 | Less V. Reddick | Claim #: 2; Amount Claimed: 3,205.00; Amount Allowed: 3,205.00; Distribution Dividend: 15.34; | 7100-000 | | $491.65 | $73,678.86 |
| 02/28/2014 | 1018 | Randall J Stecher Et Al | Claim #: 3; Amount Claimed: 400,736.24; Amount Allowed: 400,736.24; Distribution Dividend: 15.34; | 7100-000 | | $61,473.24 | $12,205.62 |
| 02/28/2014 | 1019 | First Midwest Bank | Claim #: 1; Amount Claimed: 79,566.91; Amount Allowed: 79,566.91; Distribution Dividend: 15.34; | 7100-000 | | $12,205.62 | $0.00 |

**SUBTOTALS** $0.00 $135,032.75

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 10-36923-CAD |
| **Case Name:** | M A K EXPRESS INC |
| **Primary Taxpayer ID #:** | **-***5646 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 8/18/2010 |
| **For Period Ending:** | 2/19/2015 |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******2301 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $181,557.19 | $181,557.19 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $181,557.19 | $181,557.19 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $181,557.19 | $181,557.19 | |

**For the period of 8/18/2010 to 2/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $181,557.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $181,557.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $181,557.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $181,557.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/18/2011 to 2/19/2015**

| | |
|---|---|
| Total Compensable Receipts: | $181,557.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $181,557.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $181,557.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $181,557.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**Page No:** 4
**Exhibit 9**

Case 10-36923    Doc 61    Filed 03/20/15    Entered 03/20/15 16:01:38    Desc Main
Document    Page 9 of 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 10-36923-CAD | | | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|---|---|
| **Case Name:** | M A K EXPRESS INC | | | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***5646 | | | | **Checking Acct #:** | ******2301 |
| **Co-Debtor Taxpayer ID #:** | | | | | **Account Title:** | |
| **For Period Beginning:** | 8/18/2010 | | | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/19/2015 | | | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $181,557.19 | $181,557.19 | $0.00 |

| **For the period of 8/18/2010 to 2/19/2015** | | **For the entire history of the case between 08/18/2010 to 2/19/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $181,557.19 | Total Compensable Receipts: | $181,557.19 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $181,557.19 | Total Comp/Non Comp Receipts: | $181,557.19 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $181,557.19 | Total Compensable Disbursements: | $181,557.19 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $181,557.19 | Total Comp/Non Comp Disbursements: | $181,557.19 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |